# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case No. | CV 06-6383-DOC<br>CR 99-83-DOC | Date | February 9, 2010 |
| Title | UNITED STATES OF AMERICA v MARIANO D MARTINEZ | | |

| | |
|---|---|
| Present: The Honorable | DAVID O. CARTER, U.S. DISTRICT JUDGE |

| Kristee Hopkins | None Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS]  **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS the Government, to show cause in writing no later than **February 26, 2010** why this matter should not be dismissed for lack of prosecution. On **May 5, 2009**, this Court issued an Order to Show Cause re: Dismissal to defense counsel and a response was filed on May 22, 2009.  To date, THERE HAVE BEEN NO FURTHER BRIEFS FILED ON THIS MATTER.

It is defendant's responsibility on a 2255 motion to prosecute the action diligently

No oral argument will be heard on this matter unless ordered by the Court.

| | : | 0 |
|---|---|---|
| Initials of Preparer | kh | |